UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANDRE STEADMAN,

               Plaintiff,         09 Civ. 5154 (DAB)(MHD)
                                        ADOPTION OF REPORT
     -against-                    AND RECOMMENDATION

JOHN MAYO, CORRECTIONAL OFFICER,
S. SASSI, SERGEANT, DOWNSTATE
CORRECTIONAL FACILITY,

               Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge Michael H. Dolinger, which was filed March 27, 2012. The Report recommends that pro se Plaintiff Andre Steadman's conspiracy claims be dismissed with prejudice.

    According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b)(2) (stating that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised accordingly in Judge Ellis's Report and Recommendation, Plaintiff submitted no objections to the Report. Instead, Plaintiff

submitted a letter received by the Pro Se Office of this Court on April 17, 2012. In that letter, Plaintiff inquires only as to the status of his excessive force claim, which remains pending.

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 38, of United States Magistrate Judge Michael H. Dolinger, dated March 27, 2012, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Defendants' Motion to Dismiss the Amended Complaint is hereby GRANTED; and

3. Plaintiff Andre Steadman's conspiracy claims are hereby dismissed, with prejudice.

SO ORDERED.

DATED:   New York, New York
         May 29, 2012

                                          Deborah A. Batts
                                          United States District